**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 27, 2005

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

No. 02-3955

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| v. | No. 01 CR 1098-3 |
| LANCELOT HENRY, *Defendant-Appellant*. | James F. Holderman, *Judge*. |

**O R D E R**

We ordered a limited remand so that the district court could state whether it would have imposed the same sentence given the additional discretion provided by *Untied States v. Booker*, 125 S. Ct. 738 (2005). *See United States v. Paladino,* 401 F.3d 471 (7th Cir. 2005).

The district judge has responded that he would have imposed the original sentence even under advisory guidelines. We invited the parties to file arguments addressing the effect of the district court's response on the proper disposition of this appeal, but Henry has let the deadline pass without taking that opportunity. His sentence of 48 months' imprisonment is within the 46- to 57-month guideline range. We see no reason why this sentence is "unreasonable" and therefore AFFIRM the judgment.